1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  PAN PACIFIC RETAIL PROPERTIES, INC., a Maryland corporation; and | CASE NO. 03CV679 WQH (WMC) |
| 13  WESTERN PROPERTIES TRUST, a real estate trust, | **ORDER SPREADING THE MANDATE AND SETTING** |
| 14 | **TELEPHONIC STATUS CONFERENCE** |
| Plaintiffs, | |
| 15  vs. | |
| 16  GULF INSURANCE COMPANY, a Connecticut corporation; TWIN CITY FIRE | |
| 17  INSURANCE COMPANY, a Minnesota corporation; and DOES 1-50, inclusive, | |
| 18 | |
| Defendants. | |
| 19 | |

20

HAYES, Judge:

21

On July 12, 2004, this Court entered an Order (D.E. 102) granting Gulf's motion for summary

22

judgment, granting Twin City's motion for summary judgment, denying Pan Pacific's motion for

23

partial summary judgment, and denying Western's motion for partial summary judgment. On August

24

10, 2004, Pan Pacific and Western filed a notice of appeal (D.E. 104). On December 21, 2006, the

25

Court of Appeals for the Ninth Circuit affirmed in part, reversed in part, and remanded the case back

26

to this Court.

27

In light of the above, **IT IS ORDERED** that:

28

1. The mandate is spread.

- 1 -                                                                03CV679

1    2.  The parties shall appear at a telephonic status conference on **February 20, 2007 at 11:00**

2  **A.M.** to discuss further proceedings before this Court.

3  DATED:  February 1, 2007

4  _William Q. Hayes_
   **WILLIAM Q. HAYES**

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

03CV679