# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAN PACIFIC RETAIL PROPERTIES, INC., a Maryland corporation; and WESTERN PROPERTIES TRUST, a real estate trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>GULF INSURANCE COMPANY, a Connecticut corporation; TWIN CITY FIRE INSURANCE COMPANY, a Minnesota corporation; and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. 03cv679 WQH (WMC)<br><br>**ORDER DISMISSING ACTION**<br><br>(Doc. # 138) |

The joint motion for dismissal of action with prejudice (Doc. # 138) is **GRANTED**. All other pending motions in this case are **DENIED** as moot. This action is hereby dismissed with prejudice. The Clerk of the Court shall enter judgment.

DATED: July 11, 2007

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

03cv679